JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
PETER MANNING, Individually and on Behalf of All Others Similarly Situated,

## DEFENDANTS
PAREXEL INTERNATIONAL CORPORATION, JOSEF H. VON RICKENBACH, MAYKIN HO, A. DANA CALLOW, JR., PATRICK J. FORTUNE, ELLEN M. ZANE, CHRISTOPHER J. LINDOP, RICHARD L. LOVE, and EDUARD E. HOLDENER,

**(b)** County of Residence of First Listed Plaintiff: New York County, NY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Middlesex County, MA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Mitchell J. Matorin (BBO# 69304)
Matorin Law Office, LLC
18 Grove Street, Suite 5, Wellesley, MA 02482

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION
[X] 3  Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
[X] 850 Securities/Commodities/Exchange

## V. ORIGIN
[X] 1  Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Sections 14(a) and 20(a) of the Securities Exchange Act of 1934,15 U.S.C. §§ 78n(a), 78t(a)

Brief description of cause:
Violation of Securities Exchange Act in the merger between Parexel and Pamplona Capital Management, LLP

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
JUDGE: Judith G. Dein/Denise J. Casper
DOCKET NUMBER: 17-cv-11360/17-cv-11364

DATE: 07/26/2017
SIGNATURE OF ATTORNEY OF RECORD: /s/ Mitchell J. Matorin (BBO# 649304)

**FOR OFFICE USE ONLY**
RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE